UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDWIN ROUSSEAU,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>Defendant. | Case No. 1:25-cv-02082-JLT-CDB<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 8) |

Plaintiff Gregory Edwin Rousseau ("Plaintiff") initiated this action with the filing of a complaint in state court against Defendant Halliburton Energy Services, Inc. ("Defendant") on September 30, 2025, before Defendant removed the action to this Court on December 31, 2025. (Doc. 1).

Pending before the Court is the *ex parte* request of Defendant for an initial extension of time to respond to the complaint from January 7, 2026, to and including January 28, 2026, filed on January 5, 2026. (Doc. 8). Counsel for Defendant represents she has attempted several times to contact counsel for Plaintiff to discuss submitting the claims to arbitration and has been unable to speak with counsel for Plaintiff. *Id.* at 2. Defendant represents that it seeks to file a motion to compel arbitration as its responsive pleading and therefore requests a 21-day extension of time within which to file the motion. *Id.* Defendant contends its request is timely and would not harm or prejudice Plaintiff. *Id.*

///

///

///

**Conclusion and Order**

Accordingly, and for good cause shown, it is HEREBY ORDERED:

1. The *ex parte* request of Defendant to extend the time to respond to Plaintiff's complaint (Doc. 8) is GRANTED; and

2. Defendant shall have up to and including **January 28, 2026**, to file a response to Plaintiff's complaint.  *See* Local Rule 144(c).

IT IS SO ORDERED.

Dated:   **January 6, 2026**                          _____
                                                     UNITED STATES MAGISTRATE JUDGE

2