

United States District Court
Eastern District of California

Gregory Edwin Rousseau

Plaintiff(s)

V.

Case Number: 1:25-cv-02082-JLT-CDB

Halliburton Energy Services, Inc.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Kyle Winnick _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Halliburton Energy Services _____

On 11/23/2015 _____ (date), I was admitted to practice and presently in good standing in the

State of New York _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /  ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: 01/21/2026 _____          Signature of Applicant: /s/  Kyle Winnick _____

**Pro Hac Vice Attorney**

Applicant's Name: Kyle Winnick

Law Firm Name: Seyfarth Shaw LLP

Address: 620 Eighth Avenue, 32nd Floor

City: New York  State: NY  Zip: 10018

Phone Number w/Area Code: (212) 218-5500

City and State of Residence: New York, New York

Primary E-mail Address: kwinnick@seyfarth.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mackenzie Mullin

Law Firm Name: Seyfarth Shaw LLP

Address: 2029 Century Park East, Suite 3500

City: Los Angeles  State: CA  Zip: 90067

Phone Number w/Area Code: (310) 277-7200  Bar # 357678

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 28, 2026 _____

U.S. Magistrate Judge Christopher D. Baker