UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDWIN ROUSSEAU,<br><br>Plaintiff,<br><br>v.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br><br>Defendant. | Case No. 1:25-cv-02082-JLT-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF DISPUTES TO ARBITRATION<br><br>(Docs. 12, 14)<br><br>**30-DAY and 120-DAY DEADLINES**<br><br>ORDER VACATING MARCH 30, 2026, SCHEDULING CONFERENCE<br><br>(Doc. 7)<br><br><u>Clerk of the Court to Administratively Terminate Motion as Moot</u><br><br>(Doc. 12) |

On September 30, 2025, Plaintiff Gregory Edwin Rousseau ("Plaintiff") initiated this action with the filing of a complaint against Defendant Halliburton Energy Services, Inc. ("Defendant"), in the Superior Court of California, County of Kern. (Doc. 1). On December 31, 2025, Defendant removed the action to this Court. *Id.* On January 27, 2026, Defendant filed a motion to compel arbitration and stay civil proceedings. (Doc. 12).

Pending before the Court is the stipulated request of Plaintiff and Defendant for order

staying the action and requiring submittal of the parties' dispute to arbitration. (Doc. 14). The parties represent that they have agreed to submit this matter to binding arbitration and stay this action in its entirety pending completion of arbitration. *Id.* at 2. The parties represent that Plaintiff will initiate arbitration with the American Arbitration Association ("AAA"), the arbitrator shall be selected in accordance with AAA's rules and procedures and the parties' arbitration agreement, and the parties' discovery rights in arbitration will be in accordance with the nature and extent of that provided by the Federal Rules of Civil Procedure. *Id.*

As the parties request a stay limited to the time necessary to seek to resolve their disputes through mediation and do not identify any harm that could result from such a temporary stay of proceedings, the Court finds good cause to grant the requested relief. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110-11 (9ths Cir. 2005). Additionally, in light of the parties' stipulation, Defendant's pending motion to compel arbitration and stay civil proceedings (Doc. 12) seeking the same relief as requested in the stipulation is moot; as such, the undersigned will direct the Clerk of the Court to administratively terminate the motion.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. The Clerk of the Court SHALL TERMINATE as moot Defendant's motion to compel (Doc. 12);

2. The claims of Plaintiff SHALL BE SUBMITTED to arbitration;

3. This action shall be STAYED in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;

4. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration **within 30 days** of the date of this order;

5. The parties SHALL FILE a joint notice informing the Court of the status of arbitration **every 120 days** following the date of this order until arbitration is completed;

6. **Within 14 days** of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the

parties' intentions with respect to the disposition or continued litigation of this case; and

7.  The March 30, 2026, scheduling conference (Doc. 7) is VACATED.

IT IS SO ORDERED.

Dated:    **February 9, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

3