SEYFARTH SHAW LLP
Annette A. Idalski (*pro hac vice* forthcoming)
aidalski@seyfarth.com
1075 Peachtree Street, NE Suite 2500
Atlanta, CA 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Kyle Winnick (*pro hac vice*)
kwinnick@seyfarth.com
620 Eight Avenue, 32nd Floor
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Mackenzie Mullin (SBN 357678)
mmullin@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Attorneys for Defendant
HALLIBURTON ENERGY SERVICES, INC.

SMAILI & ASSOCIATES, PC
Jihad M. Smaili, Esq. (SBN 262219)
Stephen D. Counts (SBN 231348)
2114 North Broadway, Suite 200
Santa Ana, California 92706
714-547-4700
714-547-4710 (facsimile)
jihad@smaililaw.com
stephen@smaililaw.com
Attorneys of Plaintiff,
GREGORY EDWIN ROUSSEAU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GREGORY EDWIN ROUSSEAU, an individual, | Case No. 1:25-cv-02082-JLT-CDB |
|---|---|
| Plaintiff, | |
| v. | **JOINT NOTICE REGARDING STATUS OF ARBITRATION** |
| HALLIBURTON ENERGY SERVICES, INC., a corporate entity form unknown; and DOES 1-50, inclusive, | Complaint Filed: September 30, 2025 |
| Defendants. | |

JOINT NOTICE REGARDING STATUS OF ARBITRATION

**TO THE HONORABLE COURT:**

Plaintiff Gregory Edwin Rousseau ("Plaintiff") and Defendant Halliburton Energy Services, Inc. ("Defendant") jointly submit this notice pursuant to the Court's February 9, 2026 Order on Stipulation Staying Action and Directing Submittal of Disputes to Arbitration (ECF No. 15).

Plaintiff filed a demand with the American Arbitration Association on March 11, 2026. The Parties are currently selecting arbitrators.

DATED: June 11, 2026                              Respectfully submitted,

                                                  SMAILI & ASSOCIATES PC


                                                  By:    */s/ Jihad Smaili*
                                                         Jihad M. Smaili, Esq.
                                                         Stephen D. Counts, Esq.
                                                         Attorneys for Plaintiff
                                                         GREGORY EDWIN ROUSSEAU


DATED: June 11, 2026                              SEYFARTH SHAW LLP


                                                  By:    */s/ Mackenzie Mullin*
                                                         Annette A. Idalski
                                                         Kyle Winnick
                                                         Mackenzie Mullin
                                                         Attorneys for Defendant
                                                         HALLIBURTON ENERGY SERVICES, INC.


**SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), I hereby attest that all signatories listed above, and on whose this filing is submitted, concur in the filing's content and have authorized the filing.


                                                  */s/ Mackenzie Mullin*
                                                  Mackenzie Mullin

1

JOINT NOTICE REGARDING STATUS OF ARBITRATION